**Exhibit A to the Complaint**

**Location:** Dillsburg, PA  
**Total Works Infringed:** 26  
**IP Address:** 174.60.70.212  
**ISP:** Comcast Cable

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 4CFCD4A417821FCFCD79A36FA4B8E445497B61BB | 04/10/2019 23:18:41 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 2 | 1523397C6B7401F400406A2EF704B90D899AC963 | 12/26/2018 21:46:25 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 3 | 163BCAAD62A48679217B9EC1CB479ADCB9927439 | 03/14/2018 20:38:48 | Tushy | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 4 | 2F211F18E60D52167B5401A2BDC3A34B797B4103 | 09/02/2018 22:17:09 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 5 | 3929C6ACC3682628E7E1859A0AD1E7DF9F777E5B | 09/02/2018 23:24:32 | Tushy | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 6 | 48791B9AB4FE1CB1B9EC107CC1208FACED0E48A2 | 09/02/2018 21:08:11 | Tushy | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 7 | 4E7F2F93BD5EB1A8C5B4A71DC0B81F6526EBEB00 | 09/02/2018 23:51:58 | Tushy | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 8 | 511C7F11A60ED930504DEEC07273BB24BD01EE80 | 12/26/2018 21:12:56 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 9 | 66FFBE0D7F8DF62BA9F1C88322C65E92099898FE | 12/26/2018 21:47:27 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |
| 10 | 6853D68665EAC2D439946526E3F7D00F62F0F5E7 | 12/26/2018 21:11:17 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 11 | 7676BD98294D4DD8DB993161B039D616A6689D52 | 03/09/2019 21:39:32 | Tushy | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 12 | 8259E054CFA0573F1ECB1BB1C169EA1A1D063B11 | 03/14/2018 20:38:42 | Tushy | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 13 | 836E9AE7B73C937D38A3BBFFCCF09A2C054D34CB | 03/15/2018 04:04:12 | Tushy | 02/20/2018 | 03/01/2018 | PA0002079187 |
| 14 | 95F872C95CEC2C7CDC9733252FB09ADF3ACAED31 | 10/13/2018 16:30:42 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 15 | 9C824A2D4EB747339F1B9E2E83479104BE703703 | 12/26/2018 21:04:47 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 16 | 9F5DC79A096FE8F502B4D627C88634B680347EC2 | 12/26/2018 21:14:22 | Tushy | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 17 | AA89286A02740505CC476A80FDEFE2AD70BA81C3 | 03/15/2018 13:51:14 | Tushy | 03/02/2018 | 04/17/2018 | PA0002116728 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | AF90186CE8BE21B5766F5C4D9589016575E11BB9 | 09/02/2018 18:35:08 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 19 | B20B838967A81D63C95D7CECED4CD0D3DFD527A3 | 09/02/2018 22:13:44 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 20 | B24CF93F1B70BB20849E2ED96396F94C1963DA29 | 12/26/2018 20:52:00 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 21 | B3B6F1AD1664BE7B7FBD518F9C2B4B87FD251A1B | 12/26/2018 21:48:15 | Tushy | 10/03/2018 | 11/01/2018 | PA0002143432 |
| 22 | B96BCDF4558FFA95A926B8F0957D4832CB123808 | 09/02/2018 20:55:46 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 23 | D089BB27F113F62989CF44E391964D843D0EF73B | 12/26/2018 21:47:38 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 24 | D121DFA499CA673977D7D111E3F0F4D873EF28E9 | 09/02/2018 21:02:39 | Tushy | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 25 | D54652B4A2E25005F6478DB8476A539DC68BF993 | 12/26/2018 21:47:20 | Tushy | 10/28/2018 | 12/10/2018 | PA0002145831 |
| 26 | FC2051300F7BC5F36EC201CAF598CDFCA97F843E | 08/22/2018 00:04:26 | Tushy | 06/15/2018 | 07/14/2018 | PA0002128159 |